## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 2:10-cr-00356-LDG-LRL |
| v. | ) |
| | ) **MINUTE ORDER** |
| JEANNIE SUTHERLAND, et al., | ) |
| Defendants. | ) |
| | ) Dated: July 5, 2011 |

PRESENT:    THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT:   Carol DePino    RECORDER:                None

COUNSEL FOR PLAINTIFF(S):                None Appearing

COUNSEL FOR DEFENDANT(S):                None Appearing

    Before the court is defendant Carson Winget's Motion for Joinder in Jeannie R. Sutherland's Renewed Motion for Severance (#104), filed April 4, 2011.  Also before the court is defendant Michael Toren's Joinder (#107) in Defendant Sutherland's Renewed Motion for Severance (#102), in which he joined Sutherland's motion to the extent that his defense is mutually antagonistic to Winget's.  Winget pled guilty on May 20, 2011, and his trial was vacated.  Dkt (#128).

    IT IS THEREFORE ORDERED that defendant Carson Winget's Motion for Joinder in Jeannie R. Sutherland's Renewed Motion for Severance (#104) is denied as moot.

    IT IS FURTHER ORDERED that defendant Michael Toren's Joinder (#107) in Defendant Sutherland's Renewed Motion for Severance is denied as moot.

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**